UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Madeline Emerick v. Bayer Corporation, et al.* | No. 3:10-cv-11894-DRH-PMF |
| *Christine Hall v. Bayer Corporation, et al.* | No. 3:11-cv-13157-DRH-PMF |
| *Tiffany James v. Bayer Corporation, et al.* | No. 3:10-cv-11318-DRH-PMF |
| *Elisa Lunday v. Bayer Corporation, et al.* | No. 3:10-cv-10063-DRH-PMF |
| *Javonne McLeod v. Bayer Corporation, et al.*[1] | No. 3:11-cv-11532-DRH-PMF |
| *Nakisha Pryce v. Bayer Corporation, et al.* | No. 3:13-cv-10175-DRH-PMF |
| *Karleen Trefil v. Bayer Corporation, et al.* | No. 3:13-cv-10740-DRH-PMF |
| *Deborah Vallejo v. Bayer Corporation, et al.* | No. 3:12-cv-11512-DRH-PMF |
| *Andrea McKenna v. Bayer HealthCare Pharmaceuticals Inc.* | No. 3:13-cv-20016-DRH-PMF |
| *Leona Wolf v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12951-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 9, 2015, the above captioned cases

---

[1] Plaintiff a/k/a Javonne McLeod-Johnson.

are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**  /s/*Cheryl A. Ritter*
                                        **Deputy Clerk**

Date: February 10, 2015

Digitally signed by
David R. Herndon
Date: 2015.02.10
14:11:40 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2